**RECEIVED**

JUL 1 4 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JAMES A. BARRETT

CIVIL ACTION NO. 3:14-cv-0044

SECTION P

VERSUS

JUDGE DONALD E. WALTER

OUACHITA PARISH SHERIFF'S
OFFICE, ET AL.

MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 13] is **ADOPTED**; and that Plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED** this 11 day of July 2014, Shreveport, Louisiana.

*[signature]*

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE